
AD60
x6720

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | Magistrate Case No.___'21 MJ3004 |
| Plaintiff, | ) | |
| | ) | COMPLAINT FOR VIOLATION OF |
| v. | ) | Title 8 U.S.C. Section |
| | ) | 1324(a)(2)(B)(iii)- |
| Vivian Nicole CANDELARIA- | ) | Bringing in Unlawful Alien(s) |
| Martinez, | ) | Without Presentation |
| | ) | |
| Defendant. | ) | |
| | ) | |

The undersigned complainant being duly sworn states:

On or about July 28, 2021, within the Southern District of California, defendant Vivian Nicole CANDELARIA-Martinez , with the intent to violate the immigration laws of the United States, knowing and in reckless disregard of the fact that said alien, namely, Celso CRUZ-Guzman, had not received prior official authorization to come to, enter and reside in the United States, did bring to the United States said alien, and upon arrival did not bring and present said alien immediately to an appropriate immigration officer at a designated port of entry; in violation of Title 8, United States Code, Section 1324(a)(2)(B)(iii).

And the complainant states that this complaint is based on the attached statement of facts, which is incorporated herein by reference.

SIGNATURE OF COMPLAINANT
Ramon A. Galindo, CBP Enforcement Officer
U.S. Customs and Border Protection

Sworn and attested to under oath by telephone, in accordance with Federal Rule of Criminal Procedure 4.1, on July 29, 2021.

HON. MICHAEL S. BERG
UNITED STATES MAGISTRATE JUDGE

## PROBABLE CAUSE STATEMENT

The complainant states that Celso CRUZ-Guzman, is a citizen of a country other than the United States; that said alien has admitted he is deportable; that his testimony is material, that it is impractical to secure his attendance at trial by subpoena and that he is a material witness in relation to this criminal charge and should be held or admitted to bail as prescribed in Title 18, United States Code, Section 3144.

On July 28, 2021, at approximately 9:30 P.M., Vivian Nicole CANDELARIA-Martinez (Defendant), entered the United States from Mexico at the Otay Mesa, California Port of Entry as the driver and sole visible occupant of a grey 2004 Dodge Ram 1500 bearing state of California license plates.  Upon pre-primary inspection before a United States Customs and Border Protection (CBP) Officer, Defendant presented her United States passport card as her entry document and stated she was going home to Murrieta with nothing to declare from Mexico.  Defendant claimed the vehicle belonged to her boyfriend.  While conducting the inspection of the vehicle the CBP Officer noticed a false wall on the bed of the truck and discovered a person concealed in the bed of the truck.  The CBP Officer placed Defendant in handcuffs and was escorted to the security office for further disposition.

In secondary, CBP Officers removed the cover from the bed of the truck and discovered a male subject.  The individual was later identified as Celso CRUZ-Guzman, determined to be a citizen of Mexico without lawful documents to enter or reside in the United States and is being held as a Material Witness.

During a video-recorded interview, the Material Witness admitted to being a citizen of Mexico born in Oaxaca, Mexico with no documents to lawfully enter or reside in the United States.  Material Witness stated his uncle made the smuggling arrangements and agreed to pay $10,000 USD if successfully smuggled into the United States.  Material Witness stated he was going to Los Angeles, California to work.